# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

IN RE:  ADMINISTRATIVE ORDER        )
        DESIGNATING AN ACTING    )   DOCKET NO. 2:25-mc-242-LEW
        CLERK OF COURT                    )
                                                          **)**

## ADMINISTRATIVE ORDER

With the Clerk of Court otherwise unavailable to perform official duties, as of May 7, 2025, due to the resignation of the Clerk of Court, Christa K. Berry, and it further appearing that sound judicial administration, the administration of the work of the Court, and the public interest will be materially furthered by the Court's designation of an Acting Clerk of Court,

It is ORDERED, with the unanimous concurrence of the Judges of this Court and pursuant to the provisions of 28 U.S.C.§954, that Eric M. Storms is by this Order designated and appointed by the Court as the Acting Clerk of Court for the United States District Court for the Maine, and that he is authorized to act in his own name as such, effective as of May 8, 2025.

As Acting Clerk of Court, Mr. Storms is authorized and directed to perform all of the duties of the Office of the Clerk of Court agreeably to law and regulation. Such designation and appointment shall remain in full force and effect until the occurrence of the earliest of the following: (1) the entry on duty of a duly appointed Clerk of Court; (2) the retirement or resignation from employment of the said Eric M. Storms; or (3) further Order of the Court.

    SO ORDERED.

                                                   /s/ Lance E. Walker
                                                   Lance E. Walker
                                                   Chief United States District Judge

Dated: May 9, 2025